# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 25-cr-00077-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TONIQUE J SELLERS (01)** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 27] having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's, Tonique J. Sellers, guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count One of the Indictment.

**THUS DONE AND SIGNED** in Monroe, Louisiana, this 18th day of June, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE